■ KEVIN M. SURA, Appellant, v CHRISTOPHER DUNN, Individually and in His Capacity as President of Gates-Chili Volunteer Fire Department, Inc., et al., Respondents. (Appeal No. 1.) [769 NYS2d 766]—Appeal from an order of Supreme Court, Monroe County (Latham, J.), entered September 10, 2002, which granted defendants' motion for summary judgment and dismissed the complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Pine, J.P., Wisner, Hurlbutt, Kehoe and Hayes, JJ.